UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

MICHAEL K. FRAKES,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.                                No. 12-cv-1035-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the 60 Day Order entered on February 20, 2014 (Doc. 19), this case is **DISMISSED** with prejudice.

                                          NANCY J. ROSENSTENGEL,
                                          CLERK OF COURT


                                    BY:    /s/*Caitlin Fischer*
                                                **Deputy Clerk**

Dated: April 25, 2014

Digitally signed by
David R. Herndon
Date: 2014.04.25
10:20:36 -05'00'

**APPROVED:**
      **CHIEF JUDGE**
      **U. S. DISTRICT COURT**